# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ROBERT JOHN ABEL,**

      **Plaintiff,**

v.                             Case No: 6:24-cv-593-PGB-DCI

**PORSCHE CARS NORTH AMERICA, INC. and DR. ING. H.C. F. PORSCHE AG,**

      **Defendants.**

_____/

## ORDER

This matter is before the Court upon Defendant Porsche Cars North America, Inc.'s Notice of Plaintiff's Non-Compliance with Court Order. (Doc. 53).

Plaintiff Robert John Abel ("**Plaintiff**") initiated this action in the District of New Jersey on July 17, 2023. (Doc. 1). Ultimately, this action was transferred to the Middle District of Florida on March 27, 2024. (Doc. 19). On October 4, 2024, upon *sua sponte* review, the Court dismissed the Amended Complaint (Doc. 6) as a shotgun pleading. (Doc. 50 (the "**Order**")). In the Order, the Court highlighted the Amended Complaint's deficiency of "adopt[ing] the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint." (*Id.* (citations omitted)). Thus, the Court granted Plaintiff leave to file an amended complaint "to cure the deficiencies specified" in the Order. (*Id.*). Moreover, the Court emphasized that

"Plaintiff's amendments *shall be limited* to curing the deficiencies set forth in [the] Order." (*Id.* (emphasis added)). Finally, for the third time in a three-page Order, the Court again advised Plaintiff that he "may file an amended complaint *consistent with the directives of this Order.*" (*Id.* (emphasis added)).

Thereafter, Plaintiff filed his Second Amended Complaint on October 11, 2024. (Doc. 52). Despite the Court's explicit advisements, Plaintiff violated the Court's Order. (*See id.*). For example, Plaintiff added a series of substantive allegations to various counts. (*See id.*; *see also* Doc. 53-1 (redline comparison of Amended Complaint and Second Amended Complaint)). Thus, Plaintiff's amendments were not limited to curing the deficiencies set forth in the Order. (Docs. 50, 52).

Accordingly, it is **ORDERED** that Plaintiff **SHOW CAUSE** why this case should not be dismissed without prejudice for failure to comply with the Court's Order. Plaintiff shall file a response, limited to seven (7) pages, on or before **October 21, 2024**. Failure to timely comply with this Order shall result in dismissal of the case without prejudice and without further notice.

**DONE AND ORDERED** in Orlando, Florida on October 18, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties